## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

BARBARA CURRAN,

    **Plaintiff(s)**

        **v.**

RADIAGUARD INTERNATIONAL, INC., et al.,

    **Defendant(s)**

**CIVIL NO.** 05-1725 (JAG)

**ORDER**

Plaintiff's request for a Temporary Restraining Order (Docket No. 2) is hereby **DENIED**. Plaintiff has failed meet her burden of showing that she will suffer irreparable harm if the requested relief is not granted. Mainly, there are no allegations on the record that the defendants are taking steps to enforce the non-competition agreement and, thus, the threat is not imminent. Therefore, issuance of such extraordinary relief, without first allowing defendants an opportunity to be heard, is unwarranted.

Plaintiff's request for a preliminary injunction is hereby referred to a Magistrate-Judge for a hearing. Upon conclusion of the hearing, the Magistrate-Judge shall submit proposed findings of fact and recommendations for disposition pursuant to Local Civil Rule 72(a)(1). The Clerk shall randomly assign the Magistrate-Judge.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1st day of July 2005.

                                            S/Jay A. Garcia-Gregory
                                            JAY A. GARCIA-GREGORY
                                            United States District Judge